EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2022 TSPR 140 |
| Maritza Conde Vázquez | 210 DPR ___ |

Número del Caso:  TS-12,194

Fecha:  17 de noviembre de 2022

Abogado del peticionario:

    Por derecho propio

Materia:  Readmisión al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Maritza Conde Vázquez                    TS-12,194

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de noviembre de 2022.

Examinada la *Solicitud cambio a estatus de abogada activa* presentada por la Lcda. Maritza Conde Vázquez, así como la *Moción en cumplimiento de orden* presentada por la Oficina de Inspección de Notarías (ODIN), se provee ha lugar a la solicitud de readmisión a la práctica de la notaría, ello sujeto a que se acredite el pago de la correspondiente fianza notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo